

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VICTOR JACOBS LAZORE,

        Defendant.

---

INDICTMENT

Criminal No. 8: 11-CR- 00038 (DNH)

VIO: Count 1: 18 U.S.C.§ 922(g)(1)

County: Franklin

THE GRAND JURY CHARGES THAT:

### COUNT I
### Convicted Felon in Possession of Firearm

On or about September 13, 2010, in or near Hogansburg, New York, in the State and Northern District of New York, VICTOR J. LAZORE, having been convicted on or about November 18, 2005 of a crime punishable by imprisonment for term exceeding one year, did knowingly possess one or more firearms, specifically a New England Firearms, manufactured by Hawk Industries, Inc., H & R Pardner .12-gauge shotgun (serial number NY536816); a Marlin Firearms Co. Model 925 M .22-caliber rifle (serial number 96682339), and a High Standard Sport King .22-caliber rifle (without serial number), said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Dated: January 26, 2011

A TRUE BILL:

_/s/ FOREPERSON OF THE GRAND JURY_

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

BY: _/s/_
ELIZABETH HORSMAN
ASSISTANT U.S. ATTORNEY